AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 6:21-mj-00114-MK |
|  | ) |
|  | ) |
| MALIK FARD MUHAMMAD | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 21 - 23, 2020 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Unlawful Possession of a Firearm not registered in the National Firearms Registration and Transfer Record |
| 18 U.S.C. § 231(a)(3) | Civil Disorder – Obstruction of Law Enforcement |
| 18 U.S.C. § 844(h)(1) and (2) | Explosive Materials – Commission of a Federal Felony |

This criminal complaint is based on these facts:

Please see the affidavit of FBI Task Force Officer Christpoher Schinnerer, which is attached hereto and incorporated herein by this reference.

☐ Continued on the attached sheet.

*Complainant's signature*

Christopher Schinnerer, Task Force Officer - FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 11:31 a.m./p.m.

Date: May 28, 2021

/s/ Youlee Yim You
*Judge's signature*

City and state: Portland, Oregon

Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*