AO 442 (Rev. 11/11) Arrest Warrant

FED 11 285678

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>MALIK FARD MUHAMMAD<br>*Defendant* | )<br>)  Case No.   6:21-mj-00114-MK<br>)<br>)<br>)<br>) |

FILED 04 JUN '21 08:40 USDC-ORE

**ORIGINAL**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MALIK FARD MUHAMMAD

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Unlawful possession of a destructive device not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

Intentionally obstructing, impeding, and interfering with law enforcement officers engaged in the lawful performance of their duties, during a civil disorder that adversely affected interstate commerce, in violation of 18 U.S.C. § 231(a)(3).

Using an explosive to commit, and/or carrying an explosive during the commission of, a felony which may be prosecuted in a court of the United States in violation of 18 U.S.C. § 844(h)(1) and (2).

Date: May 28, 2021                                                  /s/ Youlee Yim You
                                                                                       *Issuing officer's signature*

City and state:   Portland, Oregon                        Youlee Yim You, United States Magistrate Judge
                                                                                       *Printed name and title*

### Return

This warrant was received on *(date)* 5/28/21 , and the person was arrested on *(date)* 5/28/21
at *(city and state)* Milwaukie, OR.

Date: 6/1/21
                                                                                       *Arresting officer's signature*

                                                                                       B. Cobbs  DUSM
                                                                                       *Printed name and title*