SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**ADAM E. DELPH, WSB#50312**
Assistant United States Attorney
adam.delph@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:21-mj-00114-MK |
| v. | **JOINT STATUS REPORT** |
| **MALIK FARD MUHAMMAD,** | |
| **Defendant.** | |

Pursuant to this Court's Order, the parties provide the following joint status report:

Defendant is charged by information and is in custody.  Discovery is in the process of being provided.  The government anticipates an indictment in this case, prior to the next status hearing scheduled for June 30, 2021.

The parties will provide additional information including the status of any negotiations in the next status report.

Dated: June 14, 2021

Respectfully submitted,

SCOTT E. ASPHAUG
Acting United States Attorney

*/s/ Adam E. Delph*               */s/ Jerry Needham*
ADAM E. DELPH                     JERRY NEEDHAM
Assistant United States Attorney  Counsel for Malik Fard Muhammad

**JOINT STATUS REPORT**                                                                 Page 1